UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ADAM BATISTE III #636791** | **CASE NO. 6:18-CV-01601 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **WARDEN VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DENIED** and **DISMISSED WITH PREJUDICE**, because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of October, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE